Opinion issued June 14, 2012.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-12-00402-CR, 

NO. 01-12-00403-CR

———————————

CORY
WINTER RICHARD, Appellant

V.

THE STATE OF TEXAS, Appellee



 



 

On Appeal from the 185th District Court

Harris County, Texas



Trial Court Cause Nos. 1317618 and 1341429



 

MEMORANDUM
OPINION

Appellant,
Cory Winter Richard, proceeding pro se, has filed a motion to dismiss these
appeals.  The motion complies with the
requirements of rule 42.2(a), and we have not decided the appeals.  See Tex. R. App. P. 42.2(a). 

Accordingly,
we dismiss the appeals.  See Tex.
R. App. P. 43.2(f). We dismiss any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of
the date of this opinion.  See Tex.
R. App. P. 18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices
Jennings and Keyes.

Do not publish. 
 Tex. R. App. P. 47.2(b).